**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:19-cv-62486-MGC

RYAN TURIZO,

     Plaintiff,

vs.

FIORELLA INSURANCE AGENCY, INC.,

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 6**

Plaintiff RYAN TURIZO, by and though undersigned counsel, hereby gives notice of striking Notice of Voluntary Dismissal with Prejudice [D.E. 6], as said filing was inadvertently filed naming the incorrect parties. A corrected filing, of which complies with the local rules, shall be filed subsequent to this Notice.

DATED: November 18, 2019

Respectfully Submitted,

  /s/ Jibrael S. Hindi_____
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:     tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:         855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ Thomas J. Patti _____
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com