UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62486-Civ-COOKE/HUNT

RYAN TURIZO,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

FIORELLA INSURANCE AGENCY, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal with Prejudice (ECF No. 8). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of November 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*